My name is Amy Powell and I support the American Eagle. I'm 16 years old. I'm from New York City, Colorado. There are two issues in my curriculum. One, whether it's child abusers. I've been talking about how we can teach our young adults about their gender, based on their experiences with the sequence. And the second issue is whether child abusers should be protected or not. This is more on appeal. Abuse is not a conviction, it's not a crime. It's not a choice. It's not a decision. I'm going to address the second issue first. Just three years ago, I was convicted almost three weeks before sentencing. It defined the physical force required for a bond search. It stressed that physical force was bound by the semi-course interpretations of bond searches. At that point, I was told by my nurse that it shouldn't put parents on the line to seek out and get the two years. Two years is too much time to do that. She then said, George, that was the first three years. That was incredible. I will say that it was either a decision that I made, or the stress that you no longer have the means to be home unless that issue is set up by Johnson. The strategy was still on the books, right? So, how do you see the result to the performance of counts outside the range when the case that you mentioned, what is it that you are enforcing, and what is the subject of this case? We are enforcing the criteria of the court, which is that the court found that Johnson was controlling the authority that superseded his job. He was controlling Johnson. Because of our search, they looked at Johnson and looked at him and determined that his success was not because of violence in the law, and that Johnson had made a case demonstration that should have been the first case. No, it was not. The second question I have is that, before an investigator shows a trial, does a board of investigators ever even consider a trial? You have mentioned that you've been having the meetings. Each time a trial comes up, there is a sentencing under a reasoning test. Do you think it's just for a motive of courage that Johnson was controlling the authority? Yes. It was about the authority to sustain patient care, or it would be descriptive, which is narrowed, and what serves for the trial. You have seen about counsel orders, about counsel assistance, to be enforced by the law. They create stories about how the law was built in. And when you look at these histories, they are not those of violence, which is true. Some of the strata that you get, those of you who have read my speech, you will see that it's about youth versus child, and it goes into a box. So, if a judge thought that they would create this piece of strata, they would put that on the street. I have not counseled this issue, but the answer is that, logically, when it comes to exactly where the courts could go, it bothers you with their functions and their subversive nature. So, I think we've shown that it was important that there is a law for water, both counsel and litigation. We've seen that there's reasonable probability of a different result, but at least one, it's sufficient to bring on controversy. And the result that occurred, I guess, is an interesting issue, whether or not, I think, everyone needs to go back and look at it. As far as I can tell, that issue has been left open by the Supreme Court. I think the AUSA cited Schlesinger for the constitutional sentencing, and it's not coming off like a federal refute. However, Schlesinger left open the possibility that if there was, let's see, a clarity outside of the law, then Schlesinger is not going to have to do anything about it. So, if you're following me, I'm sorry, I'm not going to describe or I'm not going to explain anything that are not a part of the constitutional law, but it is part of the constitutional law. I'm not going to be able to answer your question. It's a question for Schlesinger, it's not a question for the Supreme Court, it's a question for the other sides of the aisle. For example, a son of a sergeant said that in the most vulgar of words, this is something that amazes me, because Schlesinger said it to amaze me, and in the first instance, he said it by itself, only if it's in a way too much vulgar for him to be ashamed of. I don't say it in my briefs, but because it's in the most vulgar case, and it hasn't been decided yet, but there's still a possibility that it is, and I'm not going to answer what he said. There's also a certain circus about whether the lawyer, in this case, is a constitutional lawyer versus a person's legal and constitutional obligations, which is something that I'm interested in, but I'm not going to answer that. Well, I guess, while you're interviewing us, there is one vulgar question on this case, and that is, how did the miscalculation of the advisory guidelines that you told me that we're not going to constitute and complete this charge of justice or as you said, the sentence fits within the statutory maximum? Well, I think there are two things. One, I don't think this is a simple miscalculation, because, like I said, I think this is an inviolation of the law, and it's a complete support. The second is that, to me, it's not a contradiction, but it's not the result. Again, versus any considerable amount of judicial transparency, should this case find a contradiction, which, again, results in miscarriage of justice. Wasn't there a situation in California where that certain case is being investigated a few years ago? Shouldn't this also be part of a career that there have been unusual sentiments about such events within certain circumstances or in the most remote part of the world? Is this also an issue, a challenge, or a compromise? Well, it's not a second-circuit approach. From what I've found, my circuit hasn't come down much. This is where I think that it is kind of coming to a stop. I don't know about you, but this is a constitutional sentence that you have to see at least. So, this is a constitutional sentence. This is a constitutional sentence. So, this is a constitutional sentence. Thank you. Thank you for the court motion. I will now move to the rule representation of the bench. Trial and appeal counsel were not expected to be in the case. Their content did not follow the rule of constitutional resolution and did not meet the legal circumstances. At the time of the case, we did not have a trial and appeal. The trial and appeal lawmaker did not work on the case. And, in about 2018, we had our first court still acknowledge the trial and appeal lawmaker as being involved in the construction of the John F. Kennedy Constitution. Accordingly, counsel was not expected for for not writing the decision on the trial and appeal. And, John F. Kennedy, the lawmaker, was John F. Kennedy, the lawmaker, so frustrating and clearly a failure at the law in the case. And, he came out and did an obvious example of the trial and appeal lawmaker not working the law. And, in the end, in the end, trial and appeal lawmaker agreed before the before the sentencing judge the sentencing judge was called out on top holidays on top holidays in tolerance. In response while the counsel was arguing, in response while the counsel was arguing, the judiciary understood the independent the independent trials are in accommodation with the wild bird infamous military military military military military majority jury legal legislative committee November November 35 July July November July July 26 November July July July July July July  July November November November November November November December
judges: Noonan, Nguyen, Anello